# United States District Court
## Southern District of Georgia

MARION A. HENLEY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-080
(Formerly CR 116-077)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 11, 2018 adopting the Report and Recommendation as the opinion of the Court, Petitioner's Motion filed pursuant to 28 U.S.C. § 2255 is dismissed; furthermore, Petitioner is denied a certificate of appealability in this case, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



06/11/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk