**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

MARION A. HENLEY,                     )
                                      )
    Petitioner-Appellant,         )
                                      )    **Case No.: CV 118-080**
vs.                                   )    **(Formerly CR 116-077)**
                                      )    **Appeal No.: 18-13104-B**
UNITED STATES OF AMERICA,             )
                                      )
    Respondent-Appellee.          )

## O R D E R

The motion of appellant for a certificate of appealability having been denied in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ____/ 5ᵀ____ day of February, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA