IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MARION A. HENLEY, | * |
| Petitioner-Appellant, | * |
| v. | * Case No.: CV 118-080 |
| | * (Formerly CR 116-077) |
| UNITED STATES OF AMERICA, | * Appeal No.: 18-13104-B |
| Respondent-Appellee. | * |

# O R D E R

The Court entered an Order (Doc. 12) on February 1, 2019, adopting as the Order of the Court the mandate of the United States Court of Appeals for the Eleventh Circuit (Doc. 11) dated January 31, 2019. On February 1, 2019, the Eleventh Circuit also mailed a "Corrected Letter" to Petitioner instructing him to **pay to this Court's Clerk "the docketing and filing fees"** or his appeal would be dismissed. (Doc. 13-1.) The Eleventh Circuit's directive to Petitioner indicates Petitioner's Appeal remains open. Accordingly, the Court's February 1, 2019 Order was entered in error, and the Court hereby **VACATES** that Order (Doc. 12) pursuant to Federal Rule of Civil Procedure 60.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of February, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA